UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                                                    CHAPTER 13
LOUIS W. WRIGHT, JR.
LYSA K. WRIGHT                                                                  CASE NO. 14-81545

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    Citizens Bank NA                    **Court claim #: 10**

**Last four digits** of any number used to identify the debtor's account: 5354

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $1546.52 |
| Amount Paid by Trustee | $1546.52 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐   Thru the Chapter 13 Plan | ☒   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   3/20/18                                    /s/Lydia S. Meyer
                                                              Lydia S. Meyer, Trustee
                                                              308 W. State St., Suite 212
                                                              Rockford, IL  61101

Certificate of Service
  I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 20th Day of March, 2018

Dated:   3/20/18                                    /s/Cynthia K. Burnard

CITIZENS BANK NA
10561 TELEGRAPH ROAD
GLEN ALLEN, VA 23059

CCO MORTGAGE CORPORATION
2812 EMERYWOOD PARKWAY
RICHMOND, VA  23294

CODILIS & ASSOCIATES, PC
15W030 NORTH FRONTAGE RD, SUITE 100
BURR RIDGE, IL  60527

LOUIS W. WRIGHT, JR.
LYSA K. WRIGHT
1348 BAILEY ROAD
SYCAMORE, IL  60178

WRIGHT & ASSOCIATES, PC
ATTORNEY BRIAN K. WRIGHT
437 WEST STATE STREET, SUITE 101
SYCAMORE, IL  60178